In the Matter of SEYMOUR FRIEND, Respondent, against LEWIS J. VALENTINE, as Commissioner of the Department of Police of the City of New York, et al., Appellants.

Submitted January 22, 1942; decided March 5, 1942.

Motion to prosecute appeal on papers previously filed in this court, or to amend the remittitur granted to the following extent: Motion to prosecute appeal on papers previously filed in this court granted; otherwise, motion denied. (See 285 N. Y. 764; 287 N. Y. 526.)